IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 1:11-cr-00009-MP-GRJ All Defendants

FREDDIE LOY WALKER, JR,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 41, Joint Motion to Cancel Hearing. The parties have come to an agreement on defendant's motion to compel the government to produce certain DNA extracts and samples. Accordingly, the joint motion to cancel hearing is GRANTED and defendant's motion to compel, Doc. 36, is DENIED as moot.

**DONE AND ORDERED** this  *22nd* day of August, 2011

                *s/Maurice M. Paul*

                Maurice M. Paul, Senior District Judge